FILED
2022 Jan-27  PM 12:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **VERONICA KEMP, LAKETRA** | * | |
| **WRENN, and all other similarly** | * | |
| **situated persons** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **v.** | * | **CIVIL ACTION.:  2:21-cv-01609-AMM** |
| | * | |
| | * | |
| **JEFFERSON COUNTY COMMITTEE** | * | |
| **FOR ECONOMIC OPPORTUNITY** | * | |
| **and EXECUTIVE DIRECTOR** | * | |
| **SHARON MYLES,** | * | **CLASS ACTION** |
| | * | |
| **Defendants.** | * | |

<u>**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION
TO RESPOND TO COMPLAINT**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sharon Myles, who, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Honorable Court for an extension of time of twenty-one (21) days, through and including February 17, 2022, for Defendant to respond to the Complaint filed by Plaintiffs.  As grounds for Defendant's Unopposed Motion for Extension to Respond to Complaint, Defendant respectfully shows as follows:

1.  This is Defendant's first request for an extension of time in which to respond to Plaintiffs' Complaint.

2.  Undersigned counsel has recently received the defense assignment and needs additional time to properly investigate and respond to the Plaintiffs' Complaint.

3.  Roderick Cooks, Esq. and Lee Wilson, Esq., counsel for Plaintiffs, have confirmed to undersigned counsel that Plaintiffs do not oppose Defendant's request for an

extension of time for Defendant to respond to the Complaint.

4.      The interests of justice will be served by the granting of said request.

**WHEREFORE,** premises considered, Defendant, Sharon Myles, respectfully requests that this Honorable Court grant Defendant's motion and allow Defendant an extension of time through February 17, 2022, in which to respond to Plaintiff's Complaint.

Respectfully Submitted,

**/s/Colin D. Sherman**
COLIN D. SHERMAN (SHE101)
*Attorneys for Defendant,*
*Sharon Myles*

**OF COUNSEL:**

SHERMAN & LACEY, LLP
Post Office Box 3062
Mobile, AL 36652-3062
Tel.:    (251) 930-5415
Fax:    (251) 252-7794
csherman@shermanlaceylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of January 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for all parties herein.

**/s/Colin D. Sherman**